ACCEPTED
03-14-00483-CR
5844586
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 2:45:09 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00483-CR

| TERRY LYNN STEVENS, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| VS. | § | THIRD DISTRICT |
| | § | |
| | § | |
| THE STATE OF TEXAS, | § | AUSTIN, TEXAS |
| Appellee | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 2:45:09 PM
JEFFREY D. KYLE
Clerk

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

### I.

The brief for the State of Texas, Appellee, was originally due on May 27, 2015. This Court granted the State's first motion for extension of time to file its brief, requesting an additional 30 days. The State's brief is now due on June 26, 2015.

### II.

Since May 27 the undersigned has unexpectedly become involved in the preparation and trial of two major felony cases. The first involved a total of 25 counts of First Degree aggravated sexual assault of a child and Second Degree indecency with a child. The second involved a first degree charge of aggravated

assault on a peace officer with a deadly weapon. Both cases were tried to a jury and required significant preparation time by the undersigned. These commitments have not afforded the requisite time to thoroughly analyze the trial record in this cause to clearly present the facts relevant to the Court's determination of the issues presented.

III.

In this case Appellant raises three issues which, while rather straightforward, are fact intensive and will require a thorough familiarity with the trial record to adequately address. The undersigned will need an additional 30 days to prepare and file the Appellee's Brief in this case. This is the second motion for extension of time that the State of Texas has sought in this case, and the undersigned is confident that the Appellee's Brief will be completed at the expiration of a further 30 days, if not before.

PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellee's Brief to July 27, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone        Telecopier
(325) 247-5755    (325) 247-5274


/s/ R. Blake Ewing

By: _____

R. Blake Ewing
Assistant District Attorney
State Bar No. 24076376
ATTORNEY FOR APPELLEE


## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 26th day of June, 2015, to Mr. Tracy D. Cluck, Attorney for Appellant, by email at tracy@tracyclucklawyer.com

/s/ R. Blake Ewing

_____

R. Blake Ewing
Assistant District Attorney